# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 13, 2013

### NO. 03-13-00478-CV

**R. J. O., Appellant**

**v.**

**The Texas Department of Family and Protective Services, Appellee**

---

**APPEAL FROM 340TH DISTRICT COURT OF TOM GREEN COUNTY**
**BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN**
**REFORMED AND, AS REFORMED, AFFIRMED -- OPINION BY JUSTICE PURYEAR**

---

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the trial court's decree, but that such error does not require the judgment be reversed: **IT IS THEREFORE** considered, adjudged and ordered that the decree of the trial court is reformed to remove the ground for termination under section 161.001(1)(O) of the Texas Family Code. As so reformed, the decree of the trial court is affirmed. It **FURTHER** appearing to the Court that appellant is indigent and unable to pays costs, it is **FURTHER** ordered that no costs of appeal be assessed against appellant; and that this decision be certified below for observance.